**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Secondino MEZA–URTADO,**
**Defendant–Appellant.**

**No. 05–2434.**

United States Court of Appeals,
Seventh Circuit.

Submitted Jan. 20, 2006.

Decided Jan. 25, 2006.

Gabriel A. Fuentes, Office of the United States Attorney, Chicago, IL, for Plaintiff-Appellee.

Joshua G. Vincent, Hinshaw & Culbertson, Chicago, IL, for Defendant-Appellant.

Before Hon. RICHARD A. POSNER, Hon. FRANK H. EASTERBROOK, and Hon. TERENCE T. EVANS, Circuit Judges.

**ORDER**

This is (we hope) the final act of a saga that began in 2001 when Secondino Meza–Urtado was involved in a three-kilo cocaine deal in Chicago. After Meza (we shorten his name) was convicted on federal drug charges, he appealed, and the government filed a cross-appeal challenging a downward departure (to 70 months) Meza received. As bad luck would have it, Meza lost and the government won. *See United States v. Meza–Urtado*, 351 F.3d 301 (7th Cir.2003). Back in the district court, Meza was sentenced again, this time to a term of 78 months.

Meza appeals again, and he must lose again. His 78–month sentence, the low end of a properly determined advisory guideline range, cannot, based on the fine record made in the district court, be viewed as unreasonable. The judgment of the district court, accordingly, is AFFIRMED.